NOVEMBER 1, 1999

No. D–2095. IN RE DISBARMENT OF CONNORS. Disbarment entered. [For earlier order herein, see 527 U. S. 1053.]

No. D–2098. IN RE DISBARMENT OF HARRIS. Disbarment entered. [For earlier order herein, see 527 U. S. 1057.]

No. D–2100. IN RE DISBARMENT OF MMAHAT. Disbarment entered. [For earlier order herein, see 527 U. S. 1057.]

No. D–2112. IN RE DISBARMENT OF ELKINS. Randy D. Elkins, of Ruston, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2113. IN RE DISBARMENT OF SUMNER. William Emslie Sumner, of Atlanta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2114. IN RE DISBARMENT OF BEEM. John R. Beem, of Glen Ellyn, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2115. IN RE DISBARMENT OF JACKSON. Diane Patricia Jackson, of Phoenix, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 99M36. THEEDE v. DEPARTMENT OF LABOR ET AL.;
No. 99M37. PATILLO v. CUMBERLAND FARMS, INC.;
No. 99M38. BENJU CORP. v. PETERS, SECRETARY OF THE AIR FORCE;
No. 99M39. BOWEN v. UNITED STATES; and
No. 99M40. SMITH v. DEPARTMENT OF THE ARMY. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.